**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

| | | | | | |
|---|---|---|---|---|---|
| **Place of Offense:** | DMA | **Category No.** | II | **Investigating Agency** | FBI |
| **City** | Boston | | | | |
| **County** | Suffolk | | | | |

**Related Case Information:**
- Superseding Ind./ Inf.: 24-cr-10190-AK
- Case No.: ___
- Same Defendant: X
- New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: See Attached
- R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number: See Attached    ☑ Yes  ☐ No

**Defendant Information:**

Defendant Name: GOTBIT CONSULTING LLC                    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: ___

Address: ___

Birth date (Yr only): ___  SSN (last 4#): ___  Sex: ___  Race: ___  Nationality: ___

**Defense Counsel if known:** ___   Address: ___

Bar Number: ___

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ___  on ___

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024        Signature of AUSA: */s/ David M. Holcomb*

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   GOTBIT CONSULTING LLC

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

≈JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA     **Category No.** II     **Investigating Agency** FBI

**City** Boston     **Related Case Information:**
**County** Suffolk     Superseding Ind./ Inf. 24-cr-10190-AK     Case No. _____
  Same Defendant _____     New Defendant X
  Magistrate Judge Case Number 24-mj-6849-MPK
  Search Warrant Case Number See Attached
  R 20/R 40 from District of _____

**Defendant Information:**     Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached     ☑ Yes ☐ No

Defendant Name  ALEKSEI ANDRIUNIN     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:  Alex Andryunin
Address:  Russia / Portugal

Birth date (Yr only): 1998   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: Russian

**Defense Counsel if known:** _____     Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Christopher J. Markham; David M. Holcomb     Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: Russian

**Victims:** ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** Detained in Portugal
**Arrest Date:** 10/08/2024

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024     Signature of AUSA:  /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ALEKSEI ANDRIUNIN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: 24-cr-10190-AK
- Case No.: 
- Same Defendant: X
- New Defendant: 
- Magistrate Judge Case Number: 
- Search Warrant Case Number: See Attached
- R 20/R 40 from District of: 

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached    ☑ Yes   ☐ No

Defendant Name: Fedor Kedrov    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: Russia

Birth date (Yr only):   SSN (last 4#):   Sex: M   Race:   Nationality: 

**Defense Counsel if known:**    Address: 

Bar Number: 

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Russian

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Lives in Russia

**Arrest Date:** 

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024    Signature of AUSA: /s/ David M. Holcomb

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Fedor Kedrov

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | | |
|---|---|---|---|
| **Place of Offense:** DMA | **Category No.** II | **Investigating Agency** FBI | |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. 24-cr-10190-AK   Case No. _____ | | |
| | Same Defendant  X   New Defendant _____ | | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number  See Attached | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**  
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See Attached   ☑ Yes  ☐ No

Defendant Name: Qawi Jalili         Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Kavi JLL

Address: Russia

Birth date (Yr only): _____  SSN (last 4#): _____  Sex: M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Russian

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Lives in Russia

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024       Signature of AUSA:  /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Qawi Jalili

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK